ROB BONTA
Attorney General of California
ANYA M. BINSACCA
EDWARD KIM
Supervising Deputy Attorneys General
CHRISTINA SEIN GOOT
KRISTIN A. LISKA
Deputy Attorneys General
State Bar No. 315994
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3916
 Fax:  (415) 703-5480
 E-mail:  Kristin.Liska@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL COURIS and MICHAEL FITZGIBBONS,**<br><br>                                          Plaintiffs,<br><br>        **v.**<br><br>**KRISTINA D. LAWSON, in her official capacity as President of the Medical Board of California; WILLIAM J. PRASIFKA, in his official capacity as Executive Director of the Medical Board of California; and ROBERT BONTA, in his official capacity as Attorney General of California,**<br><br>                                          Defendants. | 3:22-cv-01922-RSH-JLB<br><br>**DECLARATION OF JAMES NUOVO, M.D. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:           February 2, 2023<br>Time:          1:30 p.m.<br>Courtroom:   3B<br>Judge:         Hon. Robert S. Huie<br>Trial Date:   None<br>Action Filed: December 6, 2022 |

I, James Nuovo, M.D., declare:

1.     I am a licensed California physician specializing in Family Medicine. I received my medical degree from the University of Vermont in 1980 and completed an internship and residency in Family Medicine in 1983.  I held a medical license in the State of Washington from 1983 to 1992.  I was issued my

1

Physician's and Surgeon's Certificate by the Medical Board of California (Board) in 1992.  I have been board certified by the American Board of Family Medicine since 1993.  I have reviewed cases of professional misconduct for the Board since April 1993, and I have served as the Chief Medical Consultant for the Board since November 2020.  A true and correct copy of my Curriculum Vitae is attached to this Declaration as Exhibit 1.

2.     Based on my education, training, and experience, I am very familiar with the laws and professional standards of medicine in California.  California's medical licensing system holds licensees to the standard of care with respect to their care and treatment of patients.  Practicing physicians know and understand what is meant by the phrase "standard of care," which is designed, in part, to protect patients from the risk of harm.

3.     A physician treating a patient for a particular condition is expected to know what the current standard of care requires for that condition and any treatment offered or provided for it.  The standard of care is continually evolving as new research and studies are published, and some fields of medicine change at a much faster pace than others.  Physicians have a professional responsibility to complete continuing medical education to keep current with the evolving standards of care.  There are a wide variety of resources devoted to providing physicians with updates on the evolving standard of care for the fields in which they practice.  These include bulletins and guidelines issued by medical practice associations and the Board, as well as published periodicals and online evidence-based clinical subscription services, such as the often-cited "UpToDate."  While the standard of care evolves, and often quickly, a physician is responsible for applying the current standard of care in their community.  It is a violation of the standard of care to provide medical advice or treatment that is not yet proven or established based on personal beliefs or opinions about what may become the standard of care in the future.   A medical practitioner is negligent if they fail to meet the current standard of care in the care

2

1   and treatment of patients.

2       4.      "Negligence" is defined as a "simple departure" from the current

3   standard of care.  "Gross negligence" is defined as an extreme departure from the

4   standard of care.

5       5.      A physician whose conduct falls below the standard of care can be

6   subject to liability for civil malpractice and/or disciplinary proceedings before the

7   Board under various statutes for unprofessional conduct, including, but not limited

8   to, gross and repeated negligence, and incompetence.

9       6.      Physicians have a duty to provide complete and accurate information

10  to their patients so that they can make informed decisions about their healthcare.

11  Truthful and open communication with patients is a central tenant of the medical

12  standard of care.  The information and recommendations provided by a physician

13  are relied on by patients to make well-considered decisions about care.

14  Misinformation provided by a physician during medical care and treatment presents

15  a danger of harm to a patient, because it can lead the patient to decline or be

16  unaware of beneficial care and treatment, or to seek treatments that provide no

17  benefit.  Because COVID-19 is a potentially fatal disease, and effective

18  preventative measures and therapeutic treatments exist, the risks posed by

19  misinformation in that context are particularly acute.

20      I declare under penalty of perjury that the foregoing is true and correct.

21  Executed this 29 day of December, 2022, at Sacramento, California.

23                                          JAMES NUOVO, M.D.
24                                                   *Declarant*

25  LA2022604218
    65641786.docx
26

27

28

**Exhibit 1**

**James Nuovo, M.D. Curriculum Vitae**

# CURRICULUM VITAE

## Jim Nuovo, M.D.

**Personal Information:**

**Work Address:** Chief Medical Consultant
Medical Board of California/Enforcement
2005 Evergreen Street; Suite 1200
Sacramento, CA  95815-5401

**Phone:** (916) 274-5983

**Email:** James.Nuovo@mbc.ca.gov

**Education:**

| | |
|---|---|
| 1972-1975: | University of Vermont, BA, Summa Cum Laude |
| 1976-1980: | University of Vermont, College of Medicine |
| 1980-1983: | Internship/Residency, Department of Family Medicine, Madigan Army Medical Center, Fort Lewis, WA |

**Licensing/Credentialing:**

| | |
|---|---|
| Washington State Medical License: | 1983-1992 |
| California State Medical License: | 1992-present |
| Board Certification: | American Board of Family Medicine, 1993. Recertified 1999, 2006, 2013 |

**Military Service**

| | |
|---|---|
| 1980-1986: | Captain, U.S. Army Medical Corps, Madigan Army Medical Center, Tacoma, Washington, and DeWitt Army Community Hospital, Fort Belvoir, Virginia |
| 1983-1984: | Treatment Platoon Leader, 1st Forward Support Battalion 9th Infantry Division, Fort Lewis, Washington |
| 1986-1987: | Major, U.S. Army Medical Corps, Madigan Army Medical Center, Tacoma, Washington |

**Academic Appointments:**

| | |
|---|---|
| 1984-1986: | Clinical Assistant Professor, Department of Family Medicine, F. Edward Hebert School of Medicine, Bethesda, MD. |
| 1986-1992: | Clinical Assistant Professor, Department of Family Medicine, University of Washington School of Medicine. |
| 1992-1997: | Assistant Professor, Department of Family & Community Medicine, University of California, Davis. |
| 1997-2005: | Associate Professor, Department of Family & Community Medicine, University of California, Davis. |
| 2005-3/2020: | Professor, Department of Family & Community Medicine, UC Davis. |
| 3/2020-Present: | Professor Emeritus, UC Davis. |

**Administrative Activities:**

| | |
|---|---|
| 1986: | Clinical Assistant Professor, F. Edward Herbert School of Medicine |
| 1987-1992: | Assistant Professor, University of Washington, Department of Family Medicine |
| 1990-1992: | Residency Director, University of Washington, Department of Family Medicine |
| 1992-2004: | Residency Director, Department of Family & Community Medicine |
| 1992-2001: | Director, UC Davis Network of Affiliated Family Medicine Residency Programs |
| 2001- 2004: | Director/UC Davis Network Research Consortium |
| 2003-2014: | Medical Officer of the Day (MOD)/UCDHS |
| 2003-2010: | Founding Director, UCDHS Chronic Disease Management Program |
| 2003- 2004: | Acting Assistant Dean & Designated Institutional Official for Graduate Medical Education, UCDMC |
| 2004-2016: | Vice Chair, Department of Family & Community Medicine |
| 2004- 2006: | Assistant Dean & Designated Institutional Official for Graduate Medical Education, UCDMC |
| 2006-2019: | Associate Dean & Designated Institutional Official for Graduate Medical Education |
| 2007- 2008: | Interim Associate Dean for Student Affairs |
| 2008-2009: | Associate Dean for Student Affairs and Career Advising |
| 2010-2011: | Associate Dean for Student Affairs |

**Committees:**

### Department/Section

| | |
|---|---|
| 1992-2018: | Graduate Medical Education Committee |
| 1994-3/2020: | Chair, Volunteer Clinical Faculty Review Committee |
| 2004-2019: | Vice Chair, Department of Family & Community Medicine |

### Other University

| | |
|---|---|
| 1992-1994: | Pharmacy and Therapeutics Committee |
| 1994-2020: | Affiliation Advisory Committee |
| 1996-1998: | Graduate and Continuing Medical Education Sub-Committee for LCGME |
| 1997-2018: | Graduate Medical Education Position Paper Sub-Committee |
| 1998-1999: | Compensation Advisory Committee |
| 2003-2004: | Acting Assistant Dean for Graduate Medical Education |
| 2003-2018: | Chair, Graduate Medical Education Committee |
| 2003-2010: | Founding Director, Chronic Disease Management Center |
| 2004: | LCME Sub-Committee |
| 2004-2007: | Medical School Interview Committee |
| 2008-2011: | Committee on Student Progress |

### Other Non-University

| | |
|---|---|
| 1997: | Member, Peer Reviewer, Graduate Training in Family Medicine. Review Committee, Department of Health & Human Services, Rockville, Maryland |
| 1993-2020: | Consultant, Medical Expert for the Medical Board of California |
| 1997-2000: | Consultant for the Department of Managed Healthcare |
| 1997-2002: | Officer, Assistant Editor, American Family Physician |
| 2004-2018: | Member, Medical Board of California Task Force on Offshore Schools |
| 2007: | Expert in the Issue of Chronic Disease Management, Governor's Panel on Health Care Policy Reform |
| 2007-2020: | Member, Medical Board of California Expert Review Committee for 2168 Policy |

**Current Activities:**

1.  Chief Medical Consultant/Enforcement

Medical Board of California/Executive Office

2005 Evergreen Street; Suite 1200

Sacramento, CA  95815-5401

916-274-5983

2.   Designated Institutional Office/Office of Graduate Medical Education

Adventist Health of Ukiah Valley Family Medicine Residency Program

495 East Perkins Street, Ukiah, CA  95482

707-467-5225

3.  Clinical Preceptor/Family Medicine Residency Program/Adventist Health of Ukiah Valley – 16 hours/month (seeing patients with residents in a continuity outpatient clinic).
4.  Hospitalist/Mather VA Hospital
10535 Hospital Way, Mather, CA  95655 – 56 hours/month (seeing patients as a supervising hospitalist supervising a resident teaching service).
Primary Care Provider/McClellan VA Outpatient Primary Care Clinic
5342 Dudley Boulevard, McClellan Park, CA  95652 – 40 hours/month (seeing patients as the primary care provider in an outpatient clinic).


**Publications:**


**Journals**

1.  1985        **Nuovo J.** Clinical application of a high-risk scoring system on a family practice obstetric service. Journal of Family Practice, 20(2): 139-144.
2.  1986        **Nuovo J.** Overanxious parents. American Family Physician, 33(1): 189-192.
3.  1989        **Nuovo J.** Use of dietary fiber to lower cholesterol. American Family Physician, 39(4): 137-140.
4.  1989        Eggertsen S, Leversee JH, **Nuovo J.** Initiating a vasectomy training clinic in a family practice residency. Family Medicine, 21(4): 301-302.
5.  1991        **Nuovo J.** Temporal arteritis: An atypical presentation. Journal of the American Board of Family Practice, 4(2): 115-118.
6.  1991        Nuovo G, **Nuovo J.** Should family physicians test for human papillomavirus?: An opposing view. Journal of Family Practice, 32(2): 188-192.
7.  1991        **Nuovo J.** Are oat products effective cholesterol lowering agents: A critical review. Journal of the American Board of Family Practice, 4(4): 229-236.

8.  1992      **Nuovo J,** Ellsworth A, Larson E. Treatment of atopic dermatitis with antihistamines: Lessons from a single-patient, randomized clinical trial. Journal of the American Board of Family Practice, 5(2): 137- 141.

9.  1993      Jacobson S, **Nuovo J.** Exercise stress test training in family practice residency programs. Journal of the American Board of Family Practice, 6(3): 289-291.

10. 1993      **Nuovo J,** Kreiter L. Frequency of nondiagnostic findings on colposcopy:

Implications for management. Journal of the American Board of Family Practice, 6(3): 209-214.

11. 1993       **Nuovo J,** DeNeff P, Hawley W, Carter P. Do oral contraceptive agents affect the risk of breast cancer?: A meta-analysis of the case-control reports. Journal of the American Board of Family Practice, 6(2): 123-135.

12. 1994      **Nuovo J,** Sweha A. Keloid formation from levonorgestrel implant (norplant system) insertion. Journal of the American Board of Family Practice, 7(2): 152-154.

13. 1995      **Nuovo J,** et.al. Cost-effectiveness analysis of five different antibiotic regimens for the treatment of uncomplicated chlamydia trachomatous cervicitis. Journal of the American Board of Family Practice, 8(1): 7-16.

14. 1995      **Nuovo J,** Melnikow J, Paliescheskey M. When the Pap smear shows inflammation. Patient Care, 29: 151-153.

15. 1995       **Nuovo J,** Melnikow J, Paliescheskey M. Management of patients with atypical and low-grade pap smear abnormalities. American Family Physician, 52(8): 2243-2250.

16. 1995      **Nuovo J,** Ellsworth A, Christensen DB, Reynolds R. Excessive thyroid hormone replacement therapy. Journal of the American Board of Family Practice, 8(6): 435-439.

17. 1996      Melnikow J, **Nuovo J,** Paliescheskey M. Management choice for patients with squamous atypia on papanicolaou smear: A toss up? Medical Care, 34(4): 336-347.

18. 1996      **Nuovo J,** Melnikow J. Colposcopy training in residency programs: A new dilemma. Family Medicine, 28: 502-504.

19. 1997      **Nuovo J,** Melnikow J, Hutchison B, Paliescheskey M. Is cervicography a useful diagnostic test?: A systematic overview of the literature. Journal of the American Board of Family Practice, 10(6): 390-397.

20. 1997      Melnikow J, **Nuovo J,** Paliescheskey M, Stewart G, Howell L, Green W. Detection of high-grade cervical dysplasia: Impact of age and the Bethesda system terminology. Diagnostic Cytopathology, 17(5): 321-325.

21. 1997      Chapman R, **Nuovo J.** Combined residency training in family practice and other specialties. Family Medicine, 29(10): 715-718.

22. 1998      Melnikow J, **Nuovo J,** Willan A, Chan B, Howell L. Natural history of cervical squamous intraepithelial lesions: A meta analysis. Obstetrics & Gynecology, 92(4): part 2:727-735.

23. 1999      Sweha A, Hacker T, **Nuovo J.** Interpretation of the electronic fetal heart rate during labor. American Family Physician, 59(9): 24872500.

24. 1999    Hixon A, Chapman R, **Nuovo J.** Failure to keep clinic appointments: Implications for residency education and productivity. Family Medicine, 31(9): 627-630.

25. 1999    **Nuovo J,** Smith L. Enhanced obstetrics training for family practice residents: A unique collaborative program. Journal of the American Board of Family Practice, 12(5): 409-412.

26. 2000    **Nuovo J,** Melnikow J, Willan AR, Chan BKS. Treatment outcomes for squamous intraepithelial lesions. International Journal of Gynecology & Obstetrics, 68: 25-33.

27. 2001    **Nuovo J,** Melnikow, Howell LP. New tests for cervical cancer screening. American Family Physician, 64(5): 780-786.

28. 2001    Hilty DM, Hales RE, Servis ME, **Nuovo J.** Algorithms for the Diagnosis and Management of Anxiety Disorders in the Primary Care Setting. Primary Psychiatry, 8(8): 58-67.

29. 2002    **Nuovo J,** Melnikow J, Chang D. Reporting Number Needed to Treat and Absolute Risk Reduction in Randomized Controlled Trials. JAMA, 287(21): 2813-2814.

30. 2002    Melnikow J, Kuppermann M, Birch S, Chan B KS, **Nuovo J.** Management of the Low-Grade Abnormal Pap Smear: What are Women's Preferences? Journal of Family Practice, 51(10): 849-855.

31. 2004    **Nuovo J,** Balsbaugh T, Barton S, Davidson E, Fox-Garcia J, Gandolfo A, Levich B, Seibles J. Development of a Diabetes Care Management Curriculum in a Family Practice Residency Program. Disease Management, 7(4): 314-324.

32. 2005    Jerant A, Levich B, Balsbaugh T, Barton S, **Nuovo J.** Walk a Mile in my Shoes: A Chronic Illness Care Workshop for First-Year Students. Family Medicine, 37(1): 21-6.

33. 2005    Melnikow J, Paterniti D, Azari R, Kuenneth C, Birch S, Phil D, Kuppermann M, **Nuovo J,** Keyzer J, Henderson S. Preferences of Women Evaluating Risks of Tamoxifen: The POWER Study of Preferences for Tamoxifen for Breast Cancer Risk Reduction. CANCER, 103(10): 1996-2005.

34. 2005    Keyzer JF, Melnikow J, Kuppermann M, birch S, Kuenneth C, **Nuovo J,** Azari R, Oto-Kent D, Rooney M. Recruitment Strategies for Minority Participation: Challenges and Cost Lessons from the POWER Interview. Ethnicity & Disease, 15(3): 395-406.

35. 2005    Paterniti DA, Melnikow J, **Nuovo J,** Henderson S, DeGregorio M, Kuppermann M, Nease R. "I'm Going to Die of Something Anyway": Women's Perceptions of Tamoxifen for Breast Cancer Risk Reduction. Ethnicity & Disease, 15(3): 365-372.

36. 2005    Eidson-Ton WS, **Nuovo J,** Solis B, Ewing K, Diaz H, Smith LH. An enhanced obstetrics track for a family practice residency program: results from the first 6 years. J Am Board Fam Pract, 18(3): 223-8.

37. 2006    **Nuovo J,** Bertakis K, Azari R. Assessing Resident's Knowledge and Communication Skills Using Four Different Evaluation Tools. Med Educ.,40(7): 630-636.

38. 2006      Melnikow J, Kuenneth C, Helms LJ, Barnato A, Kuppermann M, Birch S, **Nuovo J**. Chemoprevention: drug pricing and mortality: the case of tamoxifen. Cancer, 107(5): 950-958.

39. 2006      **Nuovo J,** Sather C. Reporting Adverse Events in Randomized ControlledTrials. Pharmacoepidemiology and Drug Safety, 16(3): 349-351.

40. 2007      **Nuovo, J.**, Balsbaugh, T., Barton, S., Fong, R., Fox, J., Levich, B., Fenton, JJ. Interventions to Support Diabetes Self-Management: The Key Role of the Patient in Diabetes Care? Current Diabetes Reviews, 3(4): 226-8.

41. 2007      **Nuovo J,** Balsbaugh T, Lee M, Isidro J. The UC Davis Health System's 6-Year Experience With A Web-Based Patient Sign-out System (PASS). Accreditation Council for Graduate Medical Education (ACGME) Bulletin, 18-19.

42. 2009      **Nuovo, J**. The Impact of Planned Visits on Patients with Type 2 Diabetes Mellitus. Clinical Medicine: Endocrinology and Diabetes, 2: 7-14.

43. 2009      **Nuovo, J,** Balsbaugh T, Levich B. Gender Differences in the Selection of an Action Plan for Patients with Type 2 Diabetes Mellitus. The Patient, 2(3): 203-208.

44. 2010      Geraghty E, Balsbaugh T, **Nuovo J,** Tandon S. Using GIS to Assess for Outcome Disparities in Patients with Type 2 Diabetes and Hyperlipidemia. JABFM, 23(1): 88-96.

45. 2010      **Nuovo J.** The Convergence of Impact Factor and Media Attention on Discussions Between Doctors and Their Patients; the case of Rosiglitazone. Pharmacoepidemiology and Drug safety Editorial Office.

46. 2011      **Nuovo, J**. The Impact of a Drug Safety Warning on Discussions Between Doctors and Their Patients; the Case of Rosiglitazone. Pharmacology & Pharmacy.

47. 2013      **Nuovo J.** The Impact of a Diabetes Self-Management Education Program Provided Through a Telemedicine Link to Rural California Health Care Clinics. Health Services Insights, (6) 1-7.

48. 2013      **Nuovo J**, Hutchinson D, Balsbaugh T, Keenan, C. Establishing Electronic Health Record Competency Testing for First-Year Residents. Journal of Graduate Medical Education, 5(4): 658-661.

**Book Chapters**

1. 1994      **Nuovo J**: Ischemic Heart Disease, RB Taylor, (ed), Family Medicine: Principles and Practice, Fourth Edition, New York: Springer-Verlag, 582-592.

2. 1996      **Nuovo J**: Ischemic Heart Disease, RB Taylor, (ed), Fundamentals of Family Medicine, New York: Springer-Verlag, 252-281.

3. 1996      **Nuovo J**: Cervical Cancer, R Rakel, (ed), Saunders Manual of Medical Practice, W.B. Saunders Company, 413-415.

4. 1996      **Nuovo J**: Ischemic Heart Disease, M Mengel and S Schwiebert, (ed), Ambulatory Medicine: The Primary Care of Families, Second Edition, Connecticut: Appleton & Lange., 436-442.

5. 1996    **Nuovo J,** Sweha A: Atrial Fibrillation and Other Supraventricular Tachycardias, R.B. Taylor, (ed), The Manual of Family Practice, First Edition, Boston: Little, Brown and Company, 292-297.

6. 1997    Melnikow J, **Nuovo J**: Cancer Prevention and Screening in Women, Primary Care Clinics of North America, Vol. 24, pp. 15-26.

7. 1997    **Nuovo J,** Sweha A: Ischemic Heart Disease, R.B. Taylor, (ed), Family Medicine: Principles and Practice, Fifth Edition, New York: Springer-Verlag, 650-663.

8. 1998    **Nuovo, J**: Cervical Cancer, R.E. Rakel, (ed), Saunders Manual of Medical Practice, W.B. Saunders Company, 413-415.

9. 1998    **Nuovo J,** Hixon C: Ischemic Heart Disease, M. Mengel and S. Schwiebert, (ed), Ambulatory Medicine: The Primary Care of Families, Third Edition, Connecticut: Appleton & Lange, 473-480.

10. 2000   **Nuovo J**: Cardiovascular Problems, R.B. Taylor, (ed), The 10-Minute Diagnosis Manual, Lippincott Williams and Wilkins, 117-119.

11. 2001   **Nuovo J**: Atrial Fibrillation and Other Supraventricular Tachycardias, R.B. Taylor, (ed), The Manual of Family Practice, Second Edition, Boston: Lippincott Williams & Wilkins., 263-268.

12. 2002    **Nuovo, J**: Ischemic Heart Disease, R.B. Taylor, (ed), Family Medicine: Principles and Practice, Sixth Edition, New York: Springer-Verlag, 632-643.

13. 2003   **Nuovo J**, Hixon AL.: Ischemic Heart Disease, Mengel M. and Schwiebert LP, (ed), Family Medicine: Ambulatory Care & Prevention, Fourth Edition, McGraw-Hill, 508-515.

14. 2007   **Jim Nuovo**, MD: Section I Background: Chapter 1, Overview of Chronic Disease Management, Jim Nuovo, MD, (ed), Chronic Disease Management, Springer, 3-8.

15. 2007   **Jim Nuovo**, MD: Section II Management of Specific Diseases: Chapter 7, Type 2 Diabetes, Jim Nuovo, MD, (ed), Chronic Disease Management, Springer, 139-201.

16. 2007   **Jim Nuovo**, MD: Section II Management of Specific Diseases: Chapter 11, Obesity, Jim Nuovo, MD, (ed), Chronic Disease Management, Springer, 327-332.

17. 2007   **Jim Nuovo**, MD: Section II Management of Specific Disease: Chapter 12, Depression, Jim Nuovo, MD, (ed), Chronic Disease Management, Springer, 333-345.

18. 2007   **Jim Nuovo**, MD: Section II Management of Specific Diseases: Chapter 13, Jim Nuovo, MD, (ed), Chronic Disease Management, Springer, 346-358.

## Books Edited

1. 2007   **Jim Nuovo**, MD: Chronic Disease Management, Jim Nuovo, MD, (ed), Springer.

**Invited Commentaries**

1. 1992     **Nuovo J**, Newkirk G. Colposcopy Training for Family Physicians (Editorial). Journal of the American Board of Family Practice, 5(1): 102-104.
2. 1998     **Nuovo J**. Contraindications to Metformin Therapy. American Family Physician, 57(3): 536-537.
3. 1998     **Nuovo J**. Management of Incidental Pituitary Microdenomas. American Family Physician, 57(9): 2247-2248.
4. 1998     **Nuovo J**. Calcium Channel Blockers and Cardiovascular Mortality. American Family Physician, 58(5): 1203-1204.
5. 1998     **Nuovo J**. Common Questions about Low-Molecular Weight Heparin. American Family Physician, 58(7): 1649.
6. 1998     Melnikow J, **Nuovo J**. Reducing Mortality Cervical Cancer: Papnet Fails the Test (Editorial). Archives of Family Medicine, 8: 56-57.
7. 1999     **Nuovo J**. Hyperlipidemia in Patients with Type 2 Diabetes. American Family Physician, 59(6): 1666-1671.
8. 1999     **Nuovo J**. Treatment of Patients with Epilepsy Emergencies. American Family Physician, 59(10): 2872.
9. 1999     **Nuovo J**. AHA Statement on Antioxidants and Coronary Disease Prevention. American Family Physician, 59(10): 2904.
10. 1999     **Nuovo J**. Albumin-to-Creatine Ratio for Detection of Microalbuminuria. American Family Physician, 59(11): 3243.
11. 1999     **Nuovo J**. Diagnostic Markers for Detection of Myocardial Infarction. American Family Physician, 60(1): 262.
12. 1999     **Nuovo J**. Recommendations for Oral Agents in type 2 Diabetes. American Family Physician, 60(4): 1233-1234.
13. 1999     **Nuovo J**. Appropriate Beta-Blocker Therapy in CHF. American Family Physician, 60(6): 1838-1843.
14. 1999     **Nuovo J**. The Costs of Helping Patients with Type 1 Diabetes Achieve Tight Control (Editorial). American Family Physician, 60(7): 1914-1921.
15. 1999     Nicolette J, **Nuovo J**. Reframing our Approach to Domestic Violence: The Cyclic Batterer Syndrome (Editorial). American Family Physician, 60(9): 2498-2501.
16. 1999     **Nuovo J**. Cost Comparison of Fluoxetine and Tricyclic Antidepressants. American Family Physician, 60(9): 2678-2680.
17. 2000     **Nuovo J**. Reducing CHD in Diabetic Patients Using Simvastatin. American Family Physician, 61(4): 1178-1180.
18. 2000     **Nuovo J**. Gastric Irritation Effect of COX Inhibitors vs. NSAIDs. American Family Physician, 61(5): 1472.
19. 2000     **Nuovo J**. Diagnosis and Treatment of Nonulcer Dyspepsia. American Family Physician, 61(5): 1474-1476.
20. 2000     **Nuovo J**. Cholesterol Lowering Effect of Wood-Based Stanol Esters. American Family Physician, 61(8): 2483-2484.
21. 2000     **Nuovo J**. Improving Compliance after Abnormal Pap Smears. American Family Physician, 61(9): 2813-2817.

22. 2000    **Nuovo J**. The Shoulder Prereduction vs. Postreduction Radiographs. American Family Physician, 61(9): 2822-2824.

23. 2000    **Nuovo J**. [AFP 50 Years Ago] A Cancer Finding Team. American Family Physician, 61(12): 3531-3534.

24. 2000    **Nuovo J**. Tempering the Enthusiasm for COX-2 Inhibitors. American Family Physician, 61(12): 3560-3563.

25. 2000    **Nuovo J,** Melnikow J. [ACP Journal Club--Commentary] Review: The Extended-Tip Spatula is More Effective than the Ayre's Spatula for Detecting Karyosis in Cervical Smears. Evidence Based Medicine, 30.

26. 2000    **Nuovo J**. [ACP Journal Club--Commentary] Review: Newer technologies Improve Sensitivity in Detecting Uterine Cervical Lesions but at a Substantially Increased Cost. Evidence Based Medicine, 34.

27. 2000    **Nuovo J**. Current Status of Treatment for H. Pylori Infection. American Family Physician, 62(3): 630-633.

28. 2000    **Nuovo J**. Beta Blockade in Patients with CHF of Mixed Causes. American Family Physician, 62(3): 643-644.

29. 2000    Efficacy and Tolerability of Orlistat in Obese Patients. American Family Physician, 62(3): 649-650.

30. 2000    **Nuovo J**. Use of Opiate Analgesics for Acute Abdominal Pain. American Family Physician, 62(9): 2122.

31. 2000    **Nuovo J**. Asymptomatic Contacts of Patients with Scabies. American Family Physician, 62(10): 2317.

32. 2000    **Nuovo J**. Fluoxetine for Depression in Patients with Diabetes. American Family Physician, 62(10): 2336.

33. 2000    **Nuovo J**. Using Adhesives for Laceration Repair During Sports Events. American Family Physician, 62(10): 2338.

34. 2000    **Nuovo J**. Diuretics and Beta Blockers Safe to Use for Dyslipidemia. American Family Physician, 62(10): 3148.

35. 2001    **Nuovo J**. Diagnosis and Management of Nonalcoholic Steatohepatitis. American Family Physician, 63(1): 133.

36. 2001    **Nuovo J**. Efficacy of Methylphendiate in Various Clinical Conditions. American Family Physician, 63(1): 144.

37. 2001    **Nuovo J**. Detection of Colon Cancer with a Magnetic Resonance Technique. American Family Physician, 63(2): 352.

38. 2001    **Nuovo J**. Treatment of Benign Paroxysmal Vertigo. American Family Physician, 63(2): 357.

39. 2001    **Nuovo J**. Chronic Corticosteroid use in Patients with COPD. American Family Physician, 63(2): 364.

40. 2001    **Nuovo J**. Helical CT for the Diagnosis of Colonic Angiodysplasia. American Family Physician, 63(3): 531.

41. 2001    Melnikow J, **Nuovo J**. [ACP Journal Club] A Higher Level of Human Papilomavirus 16 DNA was Associated with an Increase Risk for Cervical Carcinoma in Situ. Evidence Based Medicine, 34-35.

42. 2001    **Nuovo J**. Management of Acute Gallstone Cholangitis. American Family Physician, 64(6): 1082-1084.

43. 2001    **Nuovo J**. Botulinum Toxin for Relief of Chronic Low Back Pain. American Family Physician, 64(12): 2004-2005.

44. 2003      Author reply. LEEP in the family practice setting. J Am Board Fam Practice, 16(4): 360; reply 360-1.
45. 2008      Commentary by **Nuovo, J**. Sex Discrimination in Selection for Residency. Virtual Mentor, 10(7): 439-443.
46. 2010      Commentary by **Nuovo** on. Adverse effects if treatment in randomized controlled trials are variably and inconsistently reported. (Reporting of Safety results in published reports of randomized controlled trials. Pitrou I, Boutron I, Ahmad N, Ravaud P. Arch Intern Med). Evidence-Based Medicine, 15(2): 60.

**Limited Distribution**

1. 1993      **Nuovo J**. The Role of Dietary Fiber in the Management of Patients with Hypercholesterolemia. [Monograph 2-7] M.E.D. Communications.
2. 1998      **Nuovo J,** Sweha A In R.B. Taylor (Ed.). Ischemic heart disease. Fundamentals of Family Medicine: The Family Medicine Clerkship Textbook Second Edition, New York: Springer-Verlag., 246-277.
3. 2002      **Nuovo J**. Evaluation and Management of Abnormal Pap Smear. Primary Care Reports, 8(4): 29-36.
4. 2003      **Nuovo J**. Ischemic Heart Disease. Fundamentals of Family Medicine; The Family Medicine Clerkship Textbook Third Edition, New York: Springer-Verlag, 242-269.

**Abstracts**

1. 2001      Melnikow J, Patemiti D, Henderson S, **Nuovo J,** Degregorio M, Kuppermann M, Nease R. Tamoxifen for breast cancer risk reduction: Women's perspectives. Journal of General Internal Medicine, 16(1): 230.
2. 2001      **Nuovo J,** Melnikow J, Cheng D. Reporting number needed to treat and number needed to harm in randomized controlled trials. JAMA Fourth International Congress on Peer Review on Biomedical Publication 15.
3. 2003       **Nuovo J,** Balsbaugh T, Barton S, Seibles J, Levich B, Davidson E. Use of Tele form Technology to Establish a Research Database for a Chronic Disease Management Program.
4. 2003      Melnikow J, Berger C, Paterniti D, **Nuovo J,** Kuenneth C. Breast Cancer Concern and Sources of Breast Cancer Information. Society of General Internal Medicine 26th Annual Meeting Journal of General Internal Medicine, 18(supp 1): 303.
5. 2003      Melnikow J, Paterniti D, **Nuovo J,** Kuenneth C, Birch S, Kupperman M, Azari R, DeGregorio M. Tamoxifen for Breast Cancer Risk Reduction: Is it acceptable to Women at Risk? Society of General Internal Medicine 26th Annual Meeting Journal of General Internal Medicine, 18(supp 1): 303.
6. 2003      Crichlow R, Melnikow J, **Nuovo J**. Race in the Gail Model of Breast Cancer. Journal of General Internal Medicine, 18(supp 1): 171.
7. 2004      **Nuovo J,** Bertakis K, Azari R. The utility of the Davis observation code (DOC) scores in assessing resident's communication and patient care

skills: Relationship of rotation evaluations, objective structured clinical examination (OSCE) scores, and results from the in-training examination. 2004 ACGME Annual Education Conference, The Marvin R. Dunn Poster Session, P7.

8. 2004    Flores C, **Nuovo J,** Brunader R, Rooney M. Chronic Non-malignant Pain Management: Knowledge and Attitudes of Family Practice Residents. 30th Annual Education Conference. Asilomar Conference Grounds, Pacific Grove, California.

9. 2004    **Nuovo J,** Sather C. Reporting Methods of Adverse Events in Randomized Controlled Trials. Fifth International Congress on Peer Review and Biomedical Publication JAMA.

10. 2007    **Nuovo J,** Balsbaugh T, Lee M, Isidro J. The UC Davis Health System's 6-Year Experience With A Web-Based Patient Sign-Out System (PASS).

11. 2009    Munroe J, **Nuovo J,** Dimand P. More Than Just Signout: Redesigned Handoff System Provides Program Flexibility and Unexpected Multi-Functionality.

12. 2009    **Nuovo J**. The Convergence of Impact Factor and Media Attention on Discussions Between Doctors and Their Patients: The Case of Rosiglitazone. International Congress on Peer Review and Biomedical Publication. September 10-12, 2009. Vancouver, BC, Canada.

13. 2010    Seritan, AL, Jennings J, **Nuovo J**. Medical Student Wellness: Development of a New Program. Presented at the Western Group on Educational Affairs, AAMC, Asilomar, CA. April 25-27, 2010.

**Presentations**

1. 1983    The History of Digitalis, Department of Family Practice Tenth Anniversary Meeting, Madigan Army Medical Center, Tacoma, Washington.

2. 1983    The Importance of an Understanding to the History of Medicine, Tacoma Pierce County Medical Society Meeting, Tacoma, Washington.

3. 1985    Problems with Research in Primary Care, 11th Annual Meeting of the Uniformed Services Academy of Family Practice, Williamsburg, Virginia.

4. 1985    High-Risk Obstetrics for Family Physicians, North American Primary Care Research Group Meeting, Seattle, Washington.

5. 1985    Overanxious Parents, American Academy of Family Physicians' Meeting, Anaheim, California.

6. 1986    Pseudohypertension in the Elderly, North American Primary Care Research Group, Baltimore, Maryland.

7. 1987    Exercise Treadmill Testing Workshop, Annual Family Practice Review Course 1987-1991, Seattle, Washington.

8. 1993    And Now A Word From Our Sponsor, Annual Family Practice Residents Retreat and Research Conference, Pacific Grove, California.

9. 1994    Colposcopy, Annual Family Practice Residents' Retreat and Research Conference, Pacific Grove, California.

10. 1994     Improving The Quality Of Teaching, Faculty Development Seminar Department of Family Practice, San Joaquin General Hospital, Stockton, California.
11. 1994     Common Gynecological Problems For The General Internist, Advances in Internal Medicine, Monterey, California.
12. 1994     Update On Ambulatory Gynecology, San Joaquin General Hospital, Stockton, California.
13. 1995     Common End Disorders, Contemporary Forums/Contraceptive Technology, San Francisco, California.
14. 1995     Evaluation and Treatment of Depression, Contemporary Forums/ Contraceptive Technology, San Francisco, California.
15. 1995     Common Gynecological Infections, Mercy General Hospital, Sacramento, California.
16. 1995     Innovative Ideas Workshop: A Combined Residency in Family Practice and General Surgery, Association of Family Practice Residency Directors, Kansas City, Missouri.
17. 1995     Cervicography, Poster Presentation, Cancer Research Symposium, Sacramento, California.
18. 1995     How To Run A Family Practice Residency Program, Visiting Russian Physicians, Sacramento, California.
19. 1996     Colposcopy, Annual Family Practice Residents' Retreat and Research Conference, Pacific Grove, California.
20. 1997     Combined Family Practice/Psychiatry Training, 15th Annual Meeting of the American Psychiatry Association, San Diego, California.
21. 1997     Combined Family Practice/Obstetrics Training, Annual Meeting of the Association of Family Practice Residency Directors, Kansas City, Missouri.
22. 1998     Combined Family Practice/Psychiatry Training, Exploratory Conference University of California, San Francisco Department of Psychiatry, Fresno, California.
23. 1998     Song-Brown Presentations, California Health Manpower Policy Commission, San Francisco, California.
24. 1999     How to Teach Evidence-Based Clinic Practice Workshop, McGill University, Ontario, Canada.
25. 1999     Sexual Misconduct Between Patients and Non-Therapist Physicians I, Medical Board of California.
26. 1999     Sexual Misconduct Between Patients and Non-Therapist Physicians II, Medical Board of California.
27. 2000     Song-Brown Presentation, California Health Manpower Policy Commission, San Francisco, California.
28. 2002     September, Song-Brown Presentation, California Health Manpower Policy Commission, San Francisco, CA.
29. 2003     September, Song- Brown Presentation, California Health Manpower Policy Commission, San Francisco, CA.
30. 2004     February, Cardiovascular Diseases Prevention Forum, Sacramento, CA.
31. 2004     March, Marvin R. Dunn Poster Session "Initiatives in GME:

Teaching and Assessing the Competencies; Implementing the Duty Hours Requirements". The 2004 ACGME Annual Conference, Chicago, Illinois.

32. 2004    December, Nutrition and Chronic Illness: Impact on Bone Disease, Obesity, Diabetes and Heart Disease, 4th Annual UC Davis Endocrinology Conference, Napa, California.

33. 2005    Reporting adverse events in randomized controlled trials, International Congress on Peer Review and Biomedical Publication hosted by JAMA and the BMJ Publishing Group, Chicago, Illinois.

34. 2005    University of California, Davis Network of Affiliated Family Medicine Residency Program, 30th Annual Network Education Conference, Diabetes Presentation, Asilomar Conference Grounds, Monterey Bay, California.

35. 2007    Development of a resident wellness program, Marvin R. Dunn Poster Session for the ACGME's Annual Education Conference, Kissimmee, Florida.

36. 2007    Implementation of a Chronic Disease Rotation for Family Medicine Residents, Society of Teachers of Family Medicine Annual Conference, Chicago, Illinois.

37. 2008    April, Campus Authors Celebration, Peter J. Shields Library, Davis, CA.

38. 2009    September 10, The Convergence of Impact Factor and Media Attention on Discussions Between Doctors and Their Patients: The Case of Rosiglitazone, International Congress on Peer Review and Biomedical Publication. Vancouver, BC, Canada. September 10-12, 2009.

39. 2010    March 26, Overview of Diabetes, California State University, Sacramento.

40. 2010    April 25, Medical Student Wellness: The Development of a New Program, AAMC Western Group on Educational Affairs (WGEA). Asilomar Conference Center, Pacific Grove, CA. April 25 - 27.

41. 2012    November 13, Development of a Diabetes Self-Management Education Program Delivered via Telemedicine to Rural Communities in California 2009/2012. Annual Rural Health Conference 2012. California State Rural Health Association, Southern California, Disneyland Grand Hotel.

42. 2012    November 16, UC Davis Health System Mid-Career Leadership Program. Education Components: Residency and Fellowship Programs, UC Davis Health System, California. Faculty Workshop.

43. 2013    November 12, UC Davis Health System Mid-Career Leadership Program. Education Components: Residency and Fellowship Programs, UC Davis Health System, California. Faculty Workshop.

44. 2014    May 16, UC Davis Health System Mid-Career Leadership Program. Education Components: Residency and Fellowship Programs, UC Davis Health System, California. Faculty Workshop.

45. 2015    February 5, UC Davis Health System Mid-Career Leadership Program. Education Components: Residency and Fellowship

45. 2016    Programs, UC Davis Health System, California. Faculty Workshop. March 16, UC Davis Health System Mid-Career Leadership Program. Education Components: Residency and Fellowship Programs, UC Davis Health System, California. Faculty Workshop.

*46. 2017   April 5, UC Davis Health System Mid-Career Leadership Program. Education Components: Residency and Fellowship Programs, UC Davis Health System, California. Faculty Workshop.

# Publications: Additional Information

### Recognition

***Newsline***, Federation of State Medical Boards of the United States, Inc. Included and article about "California Medical Board Promotes Telemedicine to Improve Access to Quality Care and to Reduce Health Care Disparities in Underserved Areas." September/October 2009, page 3
***Medical Board of California Newsletter***, article about "Medical Board of California Promotes Telemedicine to Improve Access to Quality Care and to Reduce Disparities in Diabetes through Telemedicine for Underserved Communities." October 2009, Volume 112 page 1 and continued on page 5.

### Posters

11/2012 Compliance with Duty Hours and Fatigue Management Requirements, Group on Regional Medical Campuses, Association of American Medical Colleges. 2012 AAMC Annual Meeting in San Francisco, California. **Nuovo J**, Dimand P, Munroe J- Big Tomato Tech, Andrews F - Interactive Game Designer.

03/2013 Annual Integrating Quality Symposium: Linking Educational and Clinical Excellence. Establishing Electronic Medical Record Competency Testing for UC Davis PGY-1 Residents. **Nuovo J**, Hutchinson D, Balsbaugh T, Keenan C. University of California, Davis.

### Applications - Phones & Computers

2011    eHandoff, Medical handoff. **Nuovo J**, Dimand P, Munroe J, Big Tomato Tech.
2012    Clock Jockey, Duty hour monitoring. **Nuovo J**, Dimand P, Munroe J, Big Tomato Tech.
2014    Ecotime, Duty hour monitoring. **Nuovo J**, Maurice T, Chilcott S, Minear M, Johnson V, Lippuner E, Shaw K.

# Honors and Awards

| 1975 | Summa Cum Laude, University of Vermont, Burlington, Vermont |
| 1985 | Outstanding Scientific Paper Award, AAFP 37th Assembly, Anaheim, California |
| 1986 | Teacher of the Year, Department of Family Practice, DeWitt Army Community Hospital, Fort Belvoir, Virginia |
| 1986 | Army Commendation Medal, Fort Belvoir, Virginia |
| 1987 | Outstanding Faculty Award, Department of Family and Community Medicine, University of California, Davis, Sacramento, California |

# Grants and Contracts

**Grants Completed**

**Title:** Song-Brown Capitation Application (funded annually)
**Agency:** State of California, Office of Statewide Health Planning and Development **Grant No.:**
**Amount:** $154,845
**Date(s):** 07/01/1992 - 06/30/2001
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
**Title:** Graduate Training in Family Medicine
**Agency:** DHHS, Health Services and Resources Administration, Division of Medicine
**Grant No.:**
**Amount:** $374,951
**Date(s):** 07/01/1995 - 06/30/1998
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
**Title:** Graduate Training in Family Medicine
**Agency:** DHHS, Health Services and Resources Administration, Division of Medicine
**Grant No.:**
**Amount:** $464,038
**Date(s):** 07/01/1998 - 06/30/2001
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
**Title:** Tamoxifen Prevention: Is It Acceptable to Women at Risk?
**Agency:** California Breast Cancer Research Program
**Grant No.:** 5 PB-0110
Grants and Contracts 2
**Amount:** $321,373

**Date(s):** 07/00/1999 - 07/00/2001
**PI/Co-PI:** Co-Investigator, Joy Melnikow, M.D., M.P.H. (Principal Investigator)
**Type:** Research
**Status:** Completed
**Title:** Tamoxifen Prevention of Breast Cancer: Acceptance and Cost-Effectiveness
**Agency:** National Cancer Institute **Grant No.:** R01 CA86043
**Amount:** $577,591
**Date(s):** 04/01/2000 - 03/31/2003
**PI/Co-PI:** Co-Investigator, Joy Melnikow, M.D., M.P.H. (Principal Investigator)
**Type:** Research
**Status:** Completed
**Title:** Song Brown Residency Programs, Special Project: Telemedicine and Rural Health
**Agency:** State of CA, Office of Statewide Health Planning and Development, CA Health Manpower Policy Comm.
**Grant No.:**
**Amount:** $66,540
**Date(s):** 07/01/2000 - 06/30/2002
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
**Title:** Academic Administrative Units in Primary Care
**Agency:** DHHS, Health Resources & Services Administration, Division of Medicine
**Grant No.:**
**Amount:** $246,677
**Date(s):** 01/01/2001 - 12/31/2003
**PI/Co-PI:** Co-Investigator, Klea Bertakis, M.D., M.P.H. (Principal Investigator)
**Type:** Research
**Status:** Completed
**Title:** Residency Training in Family Medicine: Quality of Care Improvement
**Agency:** DHHS, Division of Medicine, Bureau of Health Professions
Grants and Contracts 3 **Grant No.:**
**Amount:** $420,000
**Date(s):** 07/01/2001 - 06/30/2004
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
**Title:** Academic Administrative Units Support: Development of a Network Family Practice Research Consortium
**Agency:** DHHS, Division of Medicine, Bureau of Health Professions **Grant No.:**
**Amount:** $266,411
**Date(s):** 09/01/2001 - 08/31/2004
**PI/Co-PI:** Co-Investigator, K. Bertakis, MD., MPH. (Principal Investigator)

**Type:** Research
**Status:** Completed
**Title:** Song-Brown Residency Program, Special Project, Obstetrics Quality of Care Project
**Agency:** State of California, Office of Statewide Health Planning and Development **Grant No.:**
**Amount:** $100,000
**Date(s):** 07/01/2002 - 06/30/2004
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
**Title:** Take Care to Learn: Teaching Clinical Care Management
**Agency:** Robert Wood Johnson Foundation, through the Partnership for Quality Education
**Grant No.:**
**Amount:** $315,000
**Date(s):** 01/01/2002 - 12/31/2003
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
**Title:** Song-Brown Family Physician Training Program
Grants and Contracts 4
**Agency:** California Office of Statewide Health Planning and Development, California
Health Manpower Policy Co
**Grant No.:** 02-54235
**Amount:** $103,230
**Date(s):** 07/01/2002 - 06/30/2005
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
**Title:** Song-Brown Family Physician Training Program
**Agency:** California Office of Statewide Health Planning and Development, California
Health Manpower Policy Co
**Grant No.:** 03-3018
**Amount:** $137,640
**Date(s):** 07/01/2003 - 06/30/2006
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
**Title:** Achieving Competence Today II (ACT)
**Agency:** Robert Wood Johnson Foundation **Grant No.:** 8016
**Amount:** $25,000
**Date(s):** 10/01/2004 - 06/30/2005
**PI/Co-PI:** Principal Investigator

**Type:** Research
**Status:** Completed
**Title:** Residency Training in Family Medicine: Aligning Curriculum with Core Competencies
**Agency:** DHHS, Division of Medicine, Bureau of Health Professions **Grant No.:**
**Amount:** $522,512
**Date(s):** 07/01/2004 - 06/30/2007
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
Grants and Contracts 5
**Title:** Residency Training in Primary Care
**Agency:** DHHS, Health Resources and Services Administration **Grant No.:** D58HP00231
**Amount:** $564,308
**Date(s):** 07/01/2004 - 06/30/2007
**PI/Co-PI:** Principal Investigator
**Goal:** 1. To redesign the Residency Program's evaluation system to determine if residents are achieving learning objectives and ACGME core competencies, and 2. to develop, implement, and evaluate new behavioral medicine curriculum that teaches how to promote health behavior changes with patients. **Type:** Research
**Status:** Completed
**Title:** Development of an Asthma patient registries and point of care tools in the EMR
**Agency:** Chester Robbins Endowment: Asthma **Grant No.:**
**Amount:** $30,000
**Date(s):** 07/01/2004 - 06/30/2006
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
**Title:** Patient Readiness to Change: targeted Interventions for Providers and Patients with Diabetes
**Agency:** California HealthCare Foundation **Grant No.:** 04-1320
**Amount:** $200,000
**Date(s):** 01/01/2005 - 04/30/2006
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
**Title:** UCDHS Chronic Disease Management Center
**Agency:** UCD Health System **Grant No.:**
**Amount:** $375,110
Grants and Contracts 6
**Date(s):** 07/01/2005 - 06/30/2006

**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
**Title:** UCDHS Chronic Disease Management Center
**Agency:** UCD Health System **Grant No.:**
**Amount:** $448,034
**Date(s):** 07/01/2006 - 06/30/2007
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed **Title:** Pay
for Performance **Agency:**
UCD Health System **Grant
No.:**
**Amount:** $59,635
**Date(s):** 07/01/2006 - 06/30/2007
**PI/Co-PI:** Principal Investigator
**Type:** Research
**Status:** Completed
**Title:** Pay for Performance **Agency:**
UCD Health System **Grant No.:**
**Amount:** $41,179
**Date(s):** 07/01/2007 - 05/30/2008
**PI/Co-PI:** Principal Investigator
**Goal:** To develop and distribute patient registries, reports and report cards for
UCDHS primary care physicians on patient care measures include in
the Pay for Performance program. Reports will be designed to provide
information on patients needing follow-up care that will result in improved Pay
for Performance outcome measures.
**Type:** Research
**Status:** Completed
**Title:** UCDHS Chronic Disease Management Center
Grants and Contracts 7 **Agency:**
UCD Health System **Grant No.:**
**Amount:** $445,068
**Date(s):** 07/01/2007 - 06/30/2008
**PI/Co-PI:** Principal Investigator
**Goal:** 1) To improve the health of patients with chronic illnesses seen in the UC
Davis Health System and 2) to develop a more effective and cost-efficient
system of delivering care to patients with chronic illnesses. Diseases targeted
initially include diabetes, asthma, congestive heart failure, and coronary artery
disease. **Type:** Research
**Status:** Completed
**Title:** Diabetes Self Management education via Telemedicine for Rural and
Underserved Populations **Agency:**
California Medical Board **Grant
No.:**
**Amount:** $1,213,521

**Date(s):** 07/01/2009 - 06/30/2010
**PI/Co-PI:** Principal Investigator, J. Nuovo (Principal Investigator)
**Goal:** The UCDHS Chronic Disease Management Program, in collaboration with the UCDHS Center for Health and Technology, is developing a telemedicine model for the provision of modern diabetes self-management education and training classes for patients with diabetes living in a 33 county area of rural, underserved communities in northern and central California.
**Type:** Research
**Status:** Completed
**Title:** Increasing Rural Community Engagement in Telehealth Research
**Agency:** NIH / National Center for Research Resources **Grant No.:** UL1RR024146
**Amount:** $599,019
**Date(s):** 11/01/2009 - 10/31/2011
**PI/Co-PI:** Co-Investigator, L. Berglund (Principal Investigator)
**Goal:** The goal of this project is to test a model for improving healthy behaviors among person with diabetes using telehealth encounters with nurse health coaches for patients in rural and/or medically-underserved communities.
**Type:** Research
Grants and Contracts 8
**Status:** Completed


**Teaching Contact Hours**


| | |
|---|---|
| Summer 1996 | Lecture=3.00, Discussion=120.00, Lab=0.00, Clinic=104.00 |
| Fall 1996 | Lecture=2.00, Discussion=120.00, Lab=0.00, Clinic=98.00 |
| Winter 1997 | Lecture=3.00, Discussion=160.00, Lab=0.00, Clinic=98.00 |
| Spring 1997 | Lecture=3.00, Discussion=160.00, Lab=0.00, Clinic=98.00 |
| Summer 1997 | Lecture=2.00, Discussion=120.00, Lab=0.00, Clinic=98.00 |
| Fall 1997 | Lecture=2.00, Discussion=120.00, Lab=0.00, Clinic=98.00 |
| Winter 1998 | Lecture=4.00, Discussion=160.00, Lab=0.00, Clinic=98.00 |
| Spring 1998 | Lecture=4.00, Discussion=160.00, Lab=0.00, Clinic=98.00 |
| Summer 1998 | Lecture=4.00, Discussion=120.00, Lab=0.00, Clinic=98.00 |
| Fall 1998 | Lecture=4.00, Discussion=120.00, Lab=0.00, Clinic=98.00 |
| Winter 1999 | Lecture=4.00, Discussion=160.00, Lab=0.00, Clinic=98.00 |
| Spring 1999 | Lecture=4.00, Discussion=160.00, Lab=0.00, Clinic=98.00 |
| Summer 1999 | Lecture=4.00, Discussion=120.00, Lab=0.00, Clinic=98.00 |
| Fall 1999 | Lecture=4.00, Discussion=120.00, Lab=0.00, Clinic=98.00 |
| Winter 2000 | Lecture=4.00, Discussion=160.00, Lab=0.00, Clinic=98.00 |
| Spring 2000 | Lecture=4.00, Discussion=160.00, Lab=0.00, Clinic=98.00 |
| Summer 2000 | Lecture=4.00, Discussion=120.00, Lab=0.00, Clinic=98.00 |
| Fall 2000 | Lecture=4.00, Discussion=120.00, Lab=0.00, Clinic=98.00 |
| Winter 2001 | Lecture=4.00, Discussion=160.00, Lab=0.00, Clinic=98.00 |
| Spring 2001 | Lecture=4.00, Discussion=160.00, Lab=0.00, Clinic=98.00 |

| | |
|---|---|
| Summer 2001 | Lecture=4.00, Discussion=160.00, Lab=0.00, Clinic=98.00 |
| Fall 2001 | Lecture=4.00, Discussion=160.00, Lab=0.00, Clinic=98.00 |
| Spring 2002 | Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00 |
| Winter 2002 | Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00 |
| Spring 2003 | Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00 |
| Winter 2003 | Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00 |
| Spring 2004 | Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00 |
| Winter 2004 | Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00 |
| Spring 2005 | Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00 |
| Winter 2005 | Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00 |
| Spring 2006 | Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00 |
| Summer 2006 | Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00 |
| Winter 2006 | Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00 |
| Fall 2006 | Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00 |
| Spring 2007 | Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00 |
| Summer 2007 | Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00 |
| Winter 2007 | Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00 |
| Fall 2007 | Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00 |
| Spring 2008 | Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00 |
| Summer 2008 | Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00 |
| Winter 2008 | Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00 |
| Fall 2008 | Lecture=4.00, Discussion=140.00, Lab=0.00, Clinic=98.00 |
| Spring 2009 | Lecture=4.00, Discussion=80.00, Lab=0.00, Clinic=98.00 |
| Summer 2009 | Lecture=4.00, Discussion=80.00, Lab=0.00, Clinic=98.00 |
| Winter 2009 | Lecture=4.00, Discussion=80.00, Lab=0.00, Clinic=98.00 |
| Fall 2009 | Lecture=4.00, Discussion=80.00, Lab=0.00, Clinic=98.00 |
| Spring 2010 | Lecture=4.00, Discussion=80.00, Lab=0.00, Clinic=98.00 |
| Summer 2010 | Lecture=4.00, Discussion=80.00, Lab=0.00, Clinic=98.00 |
| Winter 2010 | Lecture=4.00, Discussion=80.00, Lab=0.00, Clinic=98.00 |
| Fall 2010 | Lecture=4.00, Discussion=80.00, Lab=0.00, Clinic=98.00 |
| 2010-2011 | Lecture=16.00, Discussion=80.00, Lab=0.00, Clinic=392.00 |
| 2011-2012 | Lecture=16.00, Discussion=80.00, Lab=0.00, Clinic=392.00 |
| 2012-2013 | Lecture=16.00, Discussion=80.00, Lab=0.00, Clinic=392.00 |
| 2013-2014 | Lecture=16.00, Discussion=80.00, Lab=0.00, Clinic=392.00 |

**Courses**

| | |
|---|---|
| 1996 | Winter Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93 |
| 1997 | Winter Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93 |
| 1997 | Spring Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93 |
| 1998 | Winter Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93 |

| 1998 | Spring Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93 |
| 1999 | Winter Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93 |
| 1999 | Spring Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93 |
| 2000 | Winter Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93 |
| 2000 | Spring Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93 |
| 2001 | Winter Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93 |
| 2001 | Spring Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93 |
| 2002 | Spring Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93 |
| 2003 | Winter Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93, Percentage Effort=16 |
| 2003 | Spring Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93, Percentage Effort=16 |
| 2004 | Winter Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93, Percentage Effort=16 |
| 2004 | Spring Quarter, Course Number=FAP400, Patient Evaluation, Units=2, Undergraduate Count=0, Graduate Count=93, Percentage Effort=16 |
| 2005 | Winter Quarter, Course Number=MDS411, Doctoring 1, Undergraduate Count=0, Graduate Count=0 |
| 2005 | Spring Quarter, Course Number=MDS411, Doctoring 1, Undergraduate Count=0, Graduate Count=0 |
| 2006 | Winter Quarter, Doctoring 1, Undergraduate Count=0, Graduate Count=0 |
| 2006 | Spring Quarter, Doctoring 1, Undergraduate Count=0, Graduate Count=0 |
| 2007 | Winter Quarter, Doctoring 1, Undergraduate Count=0, Graduate Count=0 |
| 2007 | Spring Quarter, Doctoring 1, Undergraduate Count=0, Graduate Count=0 |

**Student Advising**

2003 - 2004  Number of undergraduates advisees: (0), Number of graduates advisees: (4)

2004 - 2005  Number of undergraduates advisees: (0), Number of graduates advisees: (4)

2005 - 2006  Number of undergraduates advisees: (0), Number of graduates advisees: (4)

2006 - 2007  Number of undergraduates advisees: (0), Number of graduates advisees: (3)

2007 - 2008  Number of undergraduates advisees: (400), Number of graduates advisees: (3)

2008 - 2009  Number of undergraduate advisees: (400), Number of graduate advisees: (3)

2009 - 2010  Number of undergraduate advisees: (400), Number of graduate advisees: (3)

2010 - 2011  Number of undergraduate advisees: (0), Number of graduate advisees: (3)

2011 - 2012  Number of undergraduate advisees: (0), Number of graduate advisees: (3)

2012 - 2013  Number of undergraduate advisees: (0), Number of graduate advisees: (3)

2013 - 2014  Number of undergraduate advisees: (0), Number of graduate advisees: (3)

2014 - 2015  Number of undergraduate advisees: (0), Number of graduate advisees: (3)

2015 - 2016  Number of undergraduate advisees: (0), Number of graduate advisees: (3)

2016 - 2017  Number of undergraduate advisees: (0), Number of graduate advisees: (3)