Theodore H. Frank (SBN 196332)
HAMILTON LINCOLN LAW INSTITUTE
1629 K Street NW, Suite 300
Washington, DC 20006
Voice: 703-203-3848
Email: ted.frank@hlli.org

*Attorneys for Plaintiffs Michael Couris and Michael Fitzgibbons*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COURIS, and MICHAEL FITZGIBBONS,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTINA D. LAWSON, WILLIAM J. PRASIFKA, and ROBERT BONTA, in their official capacities,<br><br>Defendants. | Case No. 3:22-cv-1922-RSH-JLB<br><br>**PROOF OF SEVICE OF PLAINTIFFS' NOTICE AND MOTION FOR PRELIMINARY INJUNCTION, MEMORANDUM IN SUPPORT OF MOTION, AND ACCOMPANYING EXHIBITS BY DECLARANT THEODORE H. FRANK** |

I, Theodore H. Frank, declare as follows:

1. I represent the plaintiffs in this matter and am a member of the California bar.

2. The Defendants have negotiated a stipulation for a briefing schedule on this motion and have fully briefed it in advance of the February 2, 2023 hearing. In an abundance of caution, however, I submit this S.D. Cal. Civ. R. 5.2(2) declaration of proof of service.

3. On Monday, December 12, 2022, I spoke by telephone with Deputy Attorney General Kristin Liska of the California Department of Justice. Ms. Liska is counsel of record

representing the defendants in this case, and she agreed to accept service on behalf of the three named defendants in this case of the following documents that I filed with the Court via ECF:

    a. Notice of Motion and Motion for Preliminary Injunction (Dkt. 6);

    b. Memorandum of Law in Support of Motion (Dkt. 6.1);

    c. Volume 1 of Memorandum Exhibits (Dkt. 6.2);

    d. Volume 2 of Memorandum Exhibits (Dkt. 6.3);

    e. Volume 3 of Memorandum Exhibits (Dkt. 6.4); and

    f. Volume 4 of Memorandum Exhibits (Dkt. 6.5)

4. On Monday, December 12, 2022, at approximately 1:53 p.m. Pacific Time, I emailed to Ms. Liska these documents and received no indication that the email was undelivered or that there was any technical problem with the email.

5. Later that day an attorney from my office called Ms. Liska to confirm if she had received the documents. I understand that Ms. Liska informed my colleague that she had not and that her email system may not have been able to handle the delivery of the email because of the size and number of attachments. On the evening of Monday, December 12, 2022, I sent Ms. Liska five separate emails: one attaching the documents in ¶ 3(a) and (b), and one each attaching a volume of Exhibits.

6. On Wednesday December 14, 2022, Ms. Liska acknowledged in an email that she had received the emails with the documents listed in ¶ 3.

7. On December 23, 2022, Ms. Liska filed a notice of appearance in this case. Thereafter, Ms. Liska should have received service of filings in this case through the ECF system, and thus proof of service for documents filed after December 23, 2022, is not required.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States that the foregoing is true and correct.

Dated: January 13, 2023

                                                      */s/ Theodore H. Frank*
                                                      Theodore H. Frank