UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL COURIS, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>KRISTINA D. LAWSON, et al.,<br><br>  Defendants. | Case No.: 22-CV-1922-RSH-JLB<br><br>**ORDER STAYING CASE** |

    Pending before the Court is Plaintiffs' Motion for a Preliminary Injunction (ECF No. 6), currently set for hearing on February 2, 2023. The issues presented in Plaintiffs' Motion are identical to those in a case currently pending in the U.S. District Court for the Central District of California, *McDonald v. Lawson*, Case No. 8:22-cv-1805-FWS-ADS. In *McDonald*, the District Court on December 28, 2022, denied a similar request for a preliminary injunction. That denial is currently on appeal, which has been assigned docket number 22-56220. A ruling on the merits by the U.S. Court of Appeals in *McDonald* will very likely dispose of the issues presented by Plaintiffs' Motion in this case. The identity of issues between this case and *McDonald* is reflected in the Parties' briefing; Plaintiffs' reply brief principally argues that *McDonald* was incorrectly decided and does not seek to distinguish that ruling. *See* ECF No. 15.

In the interests of judicial economy, the Court therefore **ORDERS** that this case be **STAYED** pending a ruling by the U.S. Court of Appeals in Case No. 22-56220, or until further Order of this Court. Following a dispositive ruling in that case, the Parties are directed to meet and confer and shall file a joint status report within thirty (30) days of the ruling. The hearing set for February 2, 2023 is hereby **VACATED**.

**IT IS SO ORDERED**.

Dated:  January 23, 2023

Hon. Robert S. Huie
United States District Judge